## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 16-22970-CMB |
| KAYLA LEANN BOYD | : | Chapter 7 |
| *Debtor* | : | Doc. No. |
| Wells Fargo Bank, NA | : | Related to Doc. No. 17 |
| Movant | : | Hearing Date: October 25, 2016 |
| v. | : | Hearing Time: 2:30 P.M. |
| Kayla Leann Boyd and | : | Objection Date: October 17, 2016 |
| Natalie L. Cardiello, Esquire (Trustee) | : | |
| Respondents | : | |

### AMENDED
### ORDER MODIFYING SECTION 362 AUTOMATIC STAY

**AND NOW**, this         day of              , 2016, upon Motion of **WELLS FARGO BANK, NA** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with the Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED AND DECREED THAT:** The Automatic Stay of all proceedings, as provided under 11 U.S.C. §362 of the Bankruptcy Code is modified with respect to premises, 733 GARFIELD STREET, SPRINGDALE, PA 15144, as more fully set forth in the legal description attached to said mortgage, as to allow the Movant, its successors or assignees, to foreclose on its mortgage or take any legal or consensual action for enforcement of its right to possession of, or title to, said premises (such actions include but are not limited to the signing of a deed in lieu of foreclosure or entering into a loan modification agreement) and to allow the purchaser of said premises at Sheriff's Sale (or purchaser's assignee) to take any legal or consensual action for enforcement of its right to possession of, or title to, said premises, and it is further:

**ORDERED AND DECREED THAT:** This Order shall take effect the earlier of April 25, 2017 and the date on which the Trustee files a Report of No Distribution.

                                                                                           _____
                                                                                           CARLOTA M. BÖHM
                                                                                           United States Bankruptcy Judge

CONSENTED TO:


*/s/ Natalie Lutz Cardiello*
Natalie Lutz Cardiello, Esquire
Chapter 7 Trustee



*/s/ James A. Prostko*
James A. Prostko, Esquire
Counsel for Wells Fargo Bank, NA